**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:22-cv-02422-CEM-EJK

MICHELLE STRICKLAND,

    Plaintiff,

vs.

RYAN, LLC, a/k/a RYAN US TAX SERVICES, LLC, et al.,

    Defendants.

_____/

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT RYAN, LLC, a/k/a RYAN US TAX SERVICES, LLC, f/k/a AGREE PORT ORANGE FL, LLC**

Plaintiff MICHELLE STRICKLAND, by and through her undersigned counsel, hereby files this Stipulation of Voluntary Dismissal, with prejudice, of this action, against Defendant, RYAN, LLC, a/k/a RYAN US TAX SERVICES, LLC, f/k/a AGREE PORT ORANGE FL, LLC.

Respectfully submitted this 19th day of January 2023.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Office of Joe Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 19th day of January 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

 By: /s/Joe M. Quick, Esq.
 Joe M. Quick, Esq.
 Florida Bar No.: 0883794
 Law Office of Joe Quick, P.A.
 *Counsel for Plaintiff*
 1224 S. Peninsula Drive #619
 Daytona Beach, Florida 32118
 Tel: (386) 212-3591
 E-mail:JMQuickesq@gmail.com