# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Michelle Strickland,<br><br>    Plaintiff,<br><br>v.<br><br>Ryan, LLC., and Ross Dress for Less, Inc.<br><br>    Defendants. | CIVIL ACTION NO.<br><br>6:22-CV-02422-CEM-EJK |

## STIPULATION OF DISMISAL WITH PREJUDICE OF DEFENDANT ROSS DRESS FOR LESS

Plaintiff, Michelle Strickland, and Defendant, Ross Dress for Less, Inc. ("Ross"), pursuant to their agreement to compromise and settle this matter, stipulate to the dismissal of only the claims which were or could have been asserted against Ross in this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and without any award of attorneys' fees and costs to Plaintiff or Ross.

Dated February 9, 2023.                           Respectfully submitted,

| | |
|---|---|
| */s/ Joe M. Quick*<br>Joe M. Quick, Esq.<br>Florida Bar No.: 0883794<br>E-Mail: JMQuickesq@gmail.com<br>LAW OFFICE OF JOE QUICK, P.A.<br>1224 S. Peninsula Drive, #619<br>Daytona Beach, Florida 32118<br>Telephone: (386) 212-3591<br><br>ATTORNEYS FOR PLAINTIFF | */s/ Courtney B. Wilson*<br>Courtney B. Wilson, Esq.<br>Florida Bar No. 614580<br>E-Mail: cwilson@littler.com<br>Secondary: ergarcia@littler.com<br>LITTLER MENDELSON, P.C.<br>Wells Fargo Center<br>333 SE 2nd Avenue, Suite 2700<br>Miami, FL 33131<br>Telephone: (305) 400-7500<br>Facsimile: (305) 603-2552<br><br>ATTORNEYS FOR DEFENDANT |