UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE No.: 6:22-cv-02422-CEM-EJK

MICHELLE STRICKLAND,

    Plaintiff,

vs.

AGREE LIMITED PARTNERSHIP, et al.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT AGREE LIMITED PARTNERSHIP

Plaintiff MICHELLE STRICKLAND, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action as to Defendant, AGREE LIMITED PARTNERSHIP. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 6th day of December 2023.

  By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Law Office of Joe Quick, P.A.
    *Counsel for Plaintiff*
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail:JMQuickesq@gmail.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 6th day of December 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.
    Joe M. Quick, Esq.
    Florida Bar No.: 0883794
    Attorney for Plaintiff
    Law Office of Joe Quick, P.A.
    1224 S. Peninsula Drive #619
    Daytona Beach, Florida 32118
    Tel: (386) 212-3591
    E-mail: JMQuickesq@gmail.com